Argued and submitted December 29, 2005, reversed and remanded for new trial
February 1, 2006

STATE OF OREGON,
*Respondent,*

*v.*

JEFFERY S. STONE,
aka Jeffrey Scott Gillooly,
*Appellant.*

030546280; A122859

129 P3d 210

Mary Shannon Storey, Deputy Public Defender, argued the cause for appellant. With her on the brief were Peter A. Ozanne, Executive Director, and Peter Gartlan, Chief Defender, Office of Public Defense Services.

Janet A. Klapstein, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Edmonds, Presiding Judge, and Linder and Wollheim,* Judges.

PER CURIAM

---

* Wollheim, J., *vice* Richardson, S. J.

**PER CURIAM**

Defendant appeals a judgment of conviction for harassment. On appeal, he argues that the trial court should have granted his motion for a judgment of acquittal. We reject that argument without discussion. Defendant also argues that the trial court, in violation of his Sixth Amendment rights, admitted testimonial hearsay statements. The state concedes that the admission of those statements, over defendant's objection, was erroneous under *Crawford v. Washington*, 541 US 36, 124 S Ct 1354, 158 L Ed 2d 177 (2004). We accept the state's concession and agree that a new trial is required. Because we remand for a new trial on that basis, we do not consider defendant's alternative arguments for a new trial.

Reversed and remanded for new trial.